

**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **AFS Global Freight Management, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112724 | $92,820.18 | 2/24/2023 | 20221101 | 11/30/2022 | $41,172.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112724 | $92,820.18 | 2/24/2023 | 20220901A | 9/30/2022 | $51,647.93 |
| 1 Preference Period transfer(s), $92,820.18 | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113858 | $121,048.28 | 5/4/2023 | 20230301 | 3/31/2023 | $32,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113858 | $121,048.28 | 5/4/2023 | 20230201 | 2/28/2023 | $32,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113858 | $121,048.28 | 5/4/2023 | 20221201 | 12/31/2022 | $56,048.28 |
| 1 Post Petition transfer(s), $121,048.28 | | | | | | | |

Totals: 2 transfer(s), $213,868.46